# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MCATEER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | **NO. 20-101** |
| **STATE FARM INSURANCE COMPANY,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 23rd day of November, 2020, upon consideration of Defendant's Motion to Dismiss (Doc. No. 15), Plaintiff's Response (Doc. No. 16), Defendant's Reply (Doc. No. 19), and Plaintiff's Sur-reply (Doc. No. 20), it is hereby **ORDERED** that the Motion is **GRANTED** and the Amended Complaint is **DISMISSED**. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**